**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FILIBERTO ESPINOZA HUERTA**<br><br>**v.**<br><br>**MULLIN, *et al.*** | **CIVIL ACTION**<br><br>**No. 26-7845** |

**ORDER**

**AND NOW**, this 13th day of October, 2026, upon a petition by Filiberto Espinoza Huerta for a writ of habeas corpus, it is hereby **ORDERED** as follows:

1. If he has not already done so, Petitioner shall email a copy of the Petition to Respondents via the following individuals: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov and gregory.david@usdoj.gov.
2. Within three (3) days of service of the Petition upon them, Respondents shall **SHOW CAUSE** why the writ should not be granted and relief ordered.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**