**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FILIBERTO ESPINOZA HUERTA**<br><br>**v.**<br><br>**MULLIN, *et al.*** | **CIVIL ACTION**<br><br>**No. 26-7845** |

**ORDER**

**AND NOW**, this 21st day of October, 2026, upon review of the dockets in this matter, it is hereby **ORDERED** as follows:

1. Respondents are enjoined from transferring Petitioner out of the jurisdiction of the Eastern District of Pennsylvania pending disposition of the Petition for a Writ of Habeas Corpus.

2. Petitioner shall file a reply to Respondents' opposition to his Petition within 5 days of the date of this Order.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**