**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FILIBERTO ESPINOZA HUERTA** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7845** |
| | : | |
| **MULLIN,** ***et al.*** | : | |

**<u>ORDER</u>**

**AND NOW**, this 27th day of October 2026, upon consideration of Filiberto Espinoza Huerta's Petition for Writ of Habeas Corpus (ECF No. 1) and the response thereto, as well as Espinoza Huerta's reply, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Petition is **GRANTED**. It is further **ORDERED** as follows:

1. Respondents shall immediately release Espinoza Huerta from custody.

2. In doing so, Respondents shall not subject Espinoza Huerta to any conditions of release including the imposition of any and all GPS monitoring technology or devices that he was not subject to before his current detention.

3. Respondents shall return Espinoza Huerta's personal property that they seized during his arrest and detention including his personal identification and documents.

4. Respondents shall certify compliance with this order by filing proof of Espinoza Huerta's release and stating the time and manner of release on the docket no later than 5:00 P.M. E.S.T. on October 28, 2026.

5. Respondents are temporarily enjoined from re-detaining Espinoza Huerta for seven days following his release from custody.

6. If, after the seven-day period, Respondents choose to pursue re-detention of Espinoza Huerta, they must demonstrate through constitutionally adequate procedures that

detention is authorized and warranted, including an individualized custody determination and a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

7. The Clerk shall close this case.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**